### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

CARRIE SACHTLEBEN, et al.,

Plaintiff,

v.

No.     25-cv-737 JPG

THE CINCINNATI INSURANCE
COMPANY,

Defendant.

## <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court on the plaintiffs' stipulation of dismissal (doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiffs have presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 2/20/2026

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE